**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| PERSONALWEB TECHNOLOGIES LLC AND LEVEL 3 COMMUNICATIONS, LLC, <br><br> PLAINTIFFS, <br><br> vs. <br><br> AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC, <br><br> DEFENDANTS. | CIVIL ACTION NO. 6:11-cv-00683-LED <br><br> JURY DEMANDED |

**DEFENDANTS' MOTION FOR ENTRY OF
<u>DOCKET CONTROL ORDER</u>**

Defendants Autonomy, Inc., Hewlett-Packard Company, and HP Enterprise Services, LLC (collectively, "Defendants") request that the Court enter the attached Proposed Docket Control Order. Where there are differences in agreement between Plaintiffs and Defendants, the Defendants have noted such disagreements in the attached Order for the Court's consideration.

Dated: July 13, 2012

Respectfully Submitted,

By: <u>*/s/ Bijal V. Vakil, with permission by Michael E. Jones*</u>
Bijal V. Vakil
CA State Bar No.: 192878
*(Admitted to practice in the Eastern District of Texas)*
White & Case, LLP
3000 El Camino Real
Five Palo Alto Square 9th Floor
Palo Alto, CA 94306
Telephone: (650) 213-0300
Facsimile: (650) 213-8158

Email: bvakil@whitecase.com

Gregory L. Doll
CA State Bar No.: 193205
(*Admitted Pro Hac Vice*)
Doll Amir & Eley LLP
1888 Century Park East, Suite 1850
Los Angeles, CA 90067
Telephone: (310) 557-9100
Facsimile: (310) 557-9101
Email: gdoll@dollamir.com

*Attorneys for Defendants*
AUTONOMY, INC.

Dated: July 13, 2012            Respectfully submitted,

By:    */s/ Michael E. Jones*
       Michael E. Jones
       State Bar No. 10929400
       Allen F. Gardner
       State Bar No. 24043679
       POTTER MINTON P.C.
       110 N. College Avenue, Suite 500
       Tyler, TX 75702
       Phone: (903)-597-8311
       Fax: (903)-593-0846
       mikejones@potterminton.com
       allengardner@potterminton.com

       Michael A. Berta (admitted pro hac vice)
       ARNOLD &PORTER LLP
       Three Embarcadero Center, 7th Floor
       San Francisco, CA 94111
       Phone: (415) 471-3100
       Fax: (415) 471-3400
       michael.berta@aporter.com

       ATTORNEYS FOR HEWLETTPACKARD
       COMPANY and HP ENTERPRISE
       SERVICES, LLC

**CERTIFICATE OF CONFERENCE**

Pursuant to the Local Rules of the Court, the parties conferred on the contents of the Proposed Docket Control Order. Areas where the parties agreed are noted. Areas where the parties could not reach agreement are noted specifically in the Proposed Docket Control Order. Defendants Autonomy, Inc., Hewlett-Packard Company, and HP Enterprise Services, LLC submit the Proposed Docket Control Order for the Court's consideration and resolution of those areas the parties could not reach agreement.

                                                  */s/ Bijal V. Vakil, with permission by*
                                                  *Michael E. Jones*

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this July 13, 2012, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3). Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

                                                      */s/ Michael E. Jones*