**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-655 (LED)** **PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| NEC CORPORATION OF AMERICA, INC. | § § § | |
| Defendant. | § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-657 (LED)** **PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| NETAPP, INC. | § § § | |
| Defendant. | § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § | |
| Plaintiff, vs. | § § § | **CASE NO. 6:11-CV-658 (LED)** **PATENT CASE** **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; and DROPBOX, INC. | § § § | |
| Defendants. | § § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § | |
| Plaintiff, vs. | § § | **CASE NO. 6:11-CV-659 (LED)** **PATENT CASE** |

1

| | | |
|---|---|---|
| CARINGO, INC. | § § § § § | **JURY TRIAL DEMANDED** |
| Defendant. | | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-660 (LED)** **PATENT CASE** |
| vs. | § | **JURY TRIAL DEMANDED** |
| EMC CORPORATION, and WMWARE, INC. | § § § | |
| Defendants | § § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-683 (LED)** **PATENT CASE** |
| vs. | § | **JURY TRIAL DEMANDED** |
| AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC, | § § § § | |
| Defendant. | § § | |
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC | § § § § § | |
| Plaintiff, | § § | |
| vs. | § § | **Civil Action No. 11-cv-656 (LED)** **PATENT CASE** |
| GOOGLE INC. AND YOUTUBE, LLC. | § § § | **JURY TRIAL DEMANDED** |
| Defendants. | § § § | |

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY ORDER**

The parties in the above captioned matters, Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications, LLC's, and Defendants NEC Corporation of America, Inc., Google Inc. and YouTube, LLC, NetApp, Inc., Amazon.com, Inc., Amazon Web Services LLC, and DropBox, Inc., Caringo, Inc., EMC Corporation and VMware, Inc., and Autonomy, Inc., Hewlett-Packard Company, and HP Enterprise Services, LLC  respectfully request that the Court grant a brief extension of time for the Parties to submit their Discovery Order on or before July 23, 2012.

On June 15, 2012, the Court ordered the Parties to submit their respective Docket Control and Discovery Orders by June 27, 2012 for the above captioned matters. See e.g., Dkt. No. 17.1. The Court also ordered Plaintiff to serve their Patent Rule 3-1 and 3-2 disclosures by June 20, 2012. *Id*.  In order to have adequate time to comply with the Court's Order, Plaintiff sought and received an extension of time to serve their patent infringement disclosures and accompanying document production on or before July 2, 2012. *See e.g*., Dkt. Nos. 18 and 25.

In an effort to additionally streamline discovery and to efficiently reach consensus on practical issues of scheduling (*e.g.,* deadlines for supplementing infringement contentions after source code review, invalidity contentions, etc.), Defendants sought an extension of time for parties to submit the Docket Control and Discovery Orders to July 9, 2012. *See e.g*., Dkt. No. 24.  The parties sought a further extension to July 13, 2012, which this Court granted.  In accordance with the extension, today the parties are filing their proposed Docket Control Order.

The parties are continuing to work in good faith in an effort to reach agreement on the Discovery Orders.  To that end, the parties seek brief extension of time to submit their Discovery Orders to July 23, 2012.  The requested extension is not for the purpose of delay, but rather to

allow the parties additional time on which to negotiate a consensus on as many issues as possible.


DATED:  July 13, 2012                                        Respectfully submitted,
                                                             **McKOOL SMITH, P.C.**

                                                                                             /s/ *Samuel E. Baxter*
                                                                             Samuel E. Baxter
                                                                             (sbaxter@mckoolsmith.com)
                                                                             Texas Bar No. 01938000
                                                                             104 East Houston Street, Suite 300
                                                                             P. O. Box. 0
                                                                             Marshall, Texas  75670
                                                                             Telephone:  (903) 923-9000
                                                                             Facsimile:  (903) 923-9095

                                                                             Theodore Stevenson, III
                                                                             Texas State Bar No. 19196650
                                                                             tstevenson@mckoolsmith.com
                                                                             David Sochia
                                                                             Texas State Bar No. 00797470
                                                                             McKool Smith, P.C.
                                                                             300 Crescent Court, Suite 1500
                                                                             Dallas, Texas 75201
                                                                             Telephone: (214) 978-4000
                                                                             Telecopier: (214) 978-4044

                                                                             Steve Pollinger
                                                                             Texas State Bar No. 24011919
                                                                             spollinger@mckoolsmith.com
                                                                             McKool Smith, P.C.
                                                                             300 West Sixth Street, Suite 1700
                                                                             Austin, Texas 78701
                                                                             Telephone: (512) 692-8700
                                                                             Telecopier: (512) 692-8744

                                                                             Roderick G. Dorman (CA SBN 96908)
                                                                             rdorman@mckoolsmithhennigan.com
                                                                             Lawrence M. Hadley (CA SBN 157728)
                                                                             lhadley@mckoolsmithhennigan.com
                                                                             865 South Figueroa Street, Suite 2900
                                                                             Los Angeles, California 90017
                                                                             Telephone:  (213) 694-1200
                                                                             Facsimile:  (213) 694-1234

                                                                             *Attorneys for Plaintiff*
                                                                             *PersonalWeb Technologies LLC*

4

## CERTIFICATE OF SERVICE

  The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A) on _____July 13, 2012_____.

                 */s/ Samuel F. Baxter*_____
                 Samuel F. Baxter

## CERTIFICATE OF CONFERENCE

   Counsel for Plaintiff has conferred with Counsel for Defendants and Defendants do not oppose this Motion.

               */s/ Samuel F. Baxter*_____
               Samuel F. Baxter