**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-655 (LED)** **PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| NEC CORPORATION OF AMERICA, INC. | § § § | |
| Defendant. | § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-657 (LED)** **PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| NETAPP, INC. | § § § | |
| Defendant. | § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § § | |
| Plaintiff, vs. | § § § | **CASE NO. 6:11-CV-658 (LED)** **PATENT CASE** **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; and DROPBOX, INC. | § § § | |
| Defendants. | § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § § | |
| Plaintiff, vs. | § § § | **CASE NO. 6:11-CV-659 (LED)** **PATENT CASE** **JURY TRIAL DEMANDED** |

1

1887678.1

2

| | |
|---|---|
| CARINGO, INC.<br><br>    Defendant. | §<br>§<br>§<br>§ |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC<br><br>    Plaintiff,<br><br>    vs.<br><br>EMC CORPORATION, and WMWARE, INC.<br><br>    Defendants | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:11-CV-660 (LED)**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC<br><br>    Plaintiff,<br><br>    vs.<br><br>AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CASE NO. 6:11-CV-683 (LED)**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC<br><br>    Plaintiff,<br><br>    vs.<br><br>GOOGLE INC. AND YOUTUBE, LLC.<br><br>    Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **Civil Action No. 11-cv-656 (LED)**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |

1887678.1

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PROPOSED DISCOVERY ORDER**

This matter comes before the Court upon Plaintiffs PersonalWeb Technologies LLC and Level 3 Communications, LLC's, Unopposed Motion for Extension of Time to File the Proposed Discovery Order. Having considered the Motion, the Court finds that it is well taken and should be GRANTED.

It is therefore ORDERED that the time for the Parties to submit their Discovery Order in the above-captioned cases is extended to July 23, 2012.

1887678.1