**Appendix K**                                                            Revised: 4/19/10

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF TEXAS
Tyler DIVISION
### APPLICATION TO APPEAR PRO HAC VICE

FILED CLERK
2012 JUL 17 PM 4: 11
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # 6:11-cv-00683 LED
Style: PersonalWeb Technologies, LLC v. Autonomy, Inc. et al.
2. Applicant is representing the following party/ies: Hewlett-Packard Co.; HP Enterprise Servs., LLC
3. Applicant was admitted to practice in Wash. DC (state) on 09/09/2005 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant has / has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant has / has never had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant has / has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
State Bar of Ohio, District of Columbia
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**

I, Sara P. Zogg _____ do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 7/17/2012          Signature _Sara P. Zogg_

Rec'pt #
6-9592

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Sara P. Zogg
State Bar Number District of Columbia (494067)
Firm Name: Arnold & Porter LLP
Address/P.O. Box: 555 Twelfth St. N.W.
City/State/Zip: Washington, DC 20004
Telephone #: (202) 942-5000
Fax #: (202) 942-5000
E-mail Address: sara.zogg@aporter.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: 7/17/12

_____
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _Petonia Bell_
Deputy Clerk