**Appendix K**  Revised: 4/19/10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
Tyler DIVISION
APPLICATION TO APPEAR PRO HAC VICE

2012 JUL 24 PM 4:07
TEXAS EASTERN
BY_____

1. This application is being made for the following: Case # 6:11-cv-00683-LED
Style: PersonalWeb Technologies LLC v. Autonomy, Inc.
2. Applicant is representing the following party/ies: Hewlett-Packard Co.; HP Enterprise Services, LLC
3. Applicant was admitted to practice in New York (state) on 02/22/2010 (date).
4. Applicant is in good standing and is otherwise eligible to practice law before this court.
5. Applicant is not currently suspended or disbarred in any other court.
6. Applicant ○has ⦿has not had an application for admission to practice before another court denied (please circle appropriate language). If so, give complete information on a separate page.
7. Applicant ○has ⦿has not ever had the privilege to practice before another court suspended (please circle). If so, give complete information on a separate page.
8. Applicant ○has ⦿has not been disciplined by a court or Bar Association or committee thereof that would reflect unfavorably upon applicant's conduct, competency or fitness as a member of the Bar (please circle). If so, give complete information on a separate page.
9. Describe in detail on a separate page any charges, arrests or convictions for criminal offense(s) filed against you. Omit minor traffic offenses.
10. There are no pending grievances or criminal matters pending against the applicant.
11. Applicant has been admitted to practice in the following courts:
New York; Southern District of New York; Eastern District of New York
12. Applicant has read and will comply with the Local Rules of the Eastern District of Texas, including Rule AT-3, the "Standards of Practice to be Observed by Attorneys."
13. Applicant has included the requisite $100 fee (see Local Rule AT-1(d)).
14. Applicant understands that he/she is being admitted for the limited purpose of appearing in the case specified above only.

**Application Oath:**
I, Maxwell C. Preston do solemnly swear (or affirm) that the above information is true; that I will discharge the duties of attorney and counselor of this court faithfully; that I will demean myself uprightly under the law and the highest ethics of our profession; and that I will support and defend the Constitution of the United States.

Date 7/23/12   Signature Maxwell C. Preston

Receipt 6-9692

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
## APPLICATION TO APPEAR PRO HAC VICE (Continued)

Name (please print) Maxwell C. Preston
State Bar Number New York (4806162)
Firm Name: Arnold & Porter LLP
Address/P.O. Box: 399 Park Avenue
City/State/Zip: New York, New York 10022
Telephone #: 212-715-1000
Fax #: 212-715-1399
E-mail Address: maxwell.preston@aporter.com
Secondary E-Mail Address: _____

Applicant is authorized to enter an appearance as counsel for the party/parties listed above. This application has been approved for the court on: _____ 7/24/12 _____

_____David J. Maland_____
David J. Maland, Clerk
U.S. District Court, Eastern District of Texas

By _____Delilue Collazo_____
Deputy Clerk