**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-655 (LED)** **PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| NEC CORPORATION OF AMERICA, INC. | § § § | |
| Defendant. | § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § § | |
| Plaintiff, | § § | **CASE NO. 6:11-CV-657 (LED)** **PATENT CASE** |
| vs. | § § | **JURY TRIAL DEMANDED** |
| NETAPP, INC. | § § § | |
| Defendant. | § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § § | |
| Plaintiff, vs. | § § § | **CASE NO. 6:11-CV-658 (LED)** **PATENT CASE** **JURY TRIAL DEMANDED** |
| AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; and DROPBOX, INC. | § § § § | |
| Defendants. | § § § | |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC | § § § | |
| Plaintiff, vs. | § § § | **CASE NO. 6:11-CV-659 (LED)** **PATENT CASE** **JURY TRIAL DEMANDED** |

1

| | |
|---|---|
| CARINGO, INC.<br><br>   Defendant. | § § § § |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC<br><br>   Plaintiff,<br><br>   vs.<br><br>EMC CORPORATION, and WMWARE, INC.<br><br>   Defendants | § § § § § § § § § § § § § § § | **CASE NO. 6:11-CV-660 (LED)**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |
| PERSONALWEB TECHNOLOGIES, LLC AND LEVEL 3 COMMUNICATIONS, LLC<br><br>   Plaintiff,<br><br>   vs.<br><br>AUTONOMY, INC., HEWLETT-PACKARD COMPANY, AND HP ENTERPRISE SERVICES, LLC,<br><br>   Defendant. | § § § § § § § § § § § § § § § § | **CASE NO. 6:11-CV-683 (LED)**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |
| PERSONALWEB TECHNOLOGIES, LLC. AND LEVEL 3 COMMUNICATIONS, LLC<br><br>   Plaintiff,<br><br>   vs.<br><br>GOOGLE INC. AND YOUTUBE, LLC.<br><br>   Defendants. | § § § § § § § § § § § § § § | **Civil Action No. 11-cv-656 (LED)**<br>**PATENT CASE**<br>**JURY TRIAL DEMANDED** |

**NOTICE OF PLAINTIFF PERSONALWEB TECHNOLOGIES LLC REGARDING SELECTION OF MEDIATOR**

2

1888781.1

PersonalWeb proposed to defendants in the above-captioned cases mediation with either J. Folsom (Ret.) or Hesha Abrams.  To achieve efficiency, particularly on common issues such as claim construction and validity, PersonalWeb requested that the parties agree on a single mediator.  While Defendants all consented to mediation before either J. Folsom or Hesha Abrams, Defendants could not agree to a single mediator for all of the PersonalWeb cases.

In light of the above, PersonalWeb has reconsidered its position and is amenable to mediation before one of two mediators.  While PersonalWeb still believes a single mediator for all cases will achieve the greatest economy, PersonalWeb accepts either J. Folsom or Hesha Abrams as a mediator.  PersonalWeb understands that the parties are now in agreement as follows:

- EMC/VMware (case no. 00660):  J. Folsom
- NEC (case no. 00655):  J. Folsom
- Caringo (case no. 00659):  J. Folsom
- Autonomy/HP/HP Enterprise Services (case no. 00683):  Hesha Abrams
- NetApp (case no. 00657):  Hesha Abrams
- Amazon and Dropbox (case no. 00658):  Hesha Abrams
- Google and YouTube (case no. 00656):  J. Folsom or Hesha Abrams

DATED:  July 25, 2012

Respectfully submitted,
**McKOOL SMITH, P.C.**

 /s/ *Samuel E. Baxter*
Samuel E. Baxter
(sbaxter@mckoolsmith.com)
Texas Bar No. 01938000
104 East Houston Street, Suite 300
P. O. Box. 0
Marshall, Texas  75670
Telephone:  (903) 923-9000

3

1888781.1

Facsimile: (903) 923-9095

Theodore Stevenson, III
Texas State Bar No. 19196650
tstevenson@mckoolsmith.com
David Sochia
Texas State Bar No. 00797470
McKool Smith, P.C.
300 Crescent Court, Suite 1500
Dallas, Texas 75201
Telephone: (214) 978-4000
Telecopier: (214) 978-4044

Steve Pollinger
Texas State Bar No. 24011919
spollinger@mckoolsmith.com
McKool Smith, P.C.
300 West Sixth Street, Suite 1700
Austin, Texas 78701
Telephone: (512) 692-8700
Telecopier: (512) 692-8744

Roderick G. Dorman (CA SBN 96908)
rdorman@mckoolsmithhennigan.com
Lawrence M. Hadley (CA SBN 157728)
lhadley@mckoolsmithhennigan.com
865 South Figueroa Street, Suite 2900
Los Angeles, California 90017
Telephone: (213) 694-1200
Facsimile: (213) 694-1234

*Attorneys for Plaintiff*
*PersonalWeb Technologies LLC*

5

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3)(A) on _____July 25, 2012_____.

                                                                         */s/ Samuel F. Baxter*_____
                                                                         Samuel F. Baxter

Case 6:11-cv-00683-LED Document 57 Filed 07/25/12 Page 5 of 5 PageID #: 1182