# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | | |
|---|---|---|
| **PERSONALWEB TECHNOLGIES, LLC** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | **CASE NO. 6:11-CV-655** <br> **PATENT CASE** |
| **NEC CORPORATION OF AMERICA, INC.** | § § | |
| **Defendant.** | § | |
| | | |
| **PERSONALWEB TECHNOLGIES, LLC** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | **CASE NO. 6:11-CV-656** <br> **PATENT CASE** |
| **GOOGLE INC. AND YOUTUBE, LLC** | § § | |
| **Defendants.** | § | |
| | | |
| **PERSONALWEB TECHNOLGIES, LLC** | § § § | |
| **Plaintiff,** | § § | |
| vs. | § § | **CASE NO. 6:11-CV-657** <br> **PATENT CASE** |
| **NETAPP, INC.** | § § | |
| **Defendant.** | § | |

**PERSONALWEB TECHNOLGIES, LLC**

  Plaintiff,

vs.

**AMAZON.COM, INC.; AMAZON WEB SERVICES LLC; AND DROPBOX, INC.**

  <u>Defendants.</u>

§ § § § § § § § § § § § § **CASE NO. 6:11-CV-658**
 **PATENT CASE**

**PERSONALWEB TECHNOLGIES, LLC**

  Plaintiff,

vs.

**CARINGO, INC.**

  <u>Defendant.</u>

§ § § § § § § § § § § § **CASE NO. 6:11-CV-659**
 **PATENT CASE**

**PERSONALWEB TECHNOLGIES, LLC**

  Plaintiff,

vs.

**EMC CORPORATION, AND VMWARE, INC.**

  <u>Defendants.</u>

§ § § § § § § § § § § § § **CASE NO. 6:11-CV-660**
 **PATENT CASE**

**PERSONALWEB TECHNOLGIES, LLC**

  Plaintiff,

vs.

**AUTONOMY, INC.**

  <u>Defendant.</u>

§ § § § § § § § § § § § **CASE NO. 6:11-CV-683**
 **PATENT CASE**

# ORDER

Before the Court are the parties' Joint Motion for Protective Order and Joint Motion to Enter Discovery Order (611cv655, Docket Nos. 41, 42; 611cv656, Docket Nos. 78, 79; 611cv657, Docket Nos. 55, 56; 611cv658, Docket Nos. 75, 76; 611cv659, Docket Nos. 61, 62; 611cv660, Docket Nos. 65, 66; 611cv683, Docket Nos. 51, 52). The Court **GRANTS** all of the motions pursuant to the following resolutions.

*E-Discovery Order*

After careful review of the parties' positions regarding the E-Discovery Order, the Court finds that Plaintiff PersonalWeb's position urging adoption of the Eastern District of Texas' Model Order Regarding E-Discovery in Patent Cases is correct. Plaintiff is **ORDERED** to file a motion requesting entry of the operative e-discovery order.

*Protective Order*

The Court further resolves the parties' disputes regarding entry of a protective order in the above-captioned cases as follows:

- Provision 1.A.6, Counsel Covered by Protective Order: Defendants' proposal shall be adopted;
- Provision 1.C.2(a), Third-Party Site Production: Plaintiff's proposal shall be adopted;
- Provision 1.C.2(a), Use of Computer During Source Code Review: Plaintiff's proposal shall be adopted;
- Provision 1.C.2(c), Note-Taking During Source Code Review: Plaintiff's proposal shall be adopted, with the caveat that there shall be no wholesale copying of source code;
- Provision 1.C.2(d): Source Code Printing: Plaintiff's proposal regarding a meet and confer after production of source code is adopted;
- Provision 1.C.2(e): Objections to Source Code Printing: Plaintiff's proposal shall be adopted;
- Provision 1.C.2(k)(2), Limits on Technical Advisors: Defendants' proposal shall be adopted;
- Provision 1.C.2(m): Logging of Code Images: Plaintiff's proposal shall be adopted;
- Provision 8.F: Plaintiff's proposal shall be adopted.

Plaintiff is **ORDERED** to file a motion requesting entry of the operative protective order reflecting the foregoing resolutions.

**So ORDERED and SIGNED this 7th day of August, 2012.**



_____
**LEONARD DAVIS**
**UNITED STATES DISTRICT JUDGE**